IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

OLLIE HAYNES & JOHN DOES I-V    PLAINTIFF(S)

VERSUS    CAUSE NO: 1:19-CV-116-SA-DAS

DOLLAR GENERAL & JOHN DOES I-V    DEFENDANT(S)

## ORDER OF REMAND

The above styled and numbered cause came on to be heard upon motion of plaintiff to remand this case to Winston County, Mississippi Circuit Court. Plaintiff, Ollie Haynes, and her counsel, Jeffrey J. Hosford, have stipulated and agreed that they have no intention of requesting or accepting more than $74,999.00 in total damages in this case and based on this stipulation and agreement, all parties to this action agree to remand of this case. The Court has considered the motion to remand concerning damages, including the affidavit signed by plaintiff, and finds that the remand motion is well taken and is, therefore, granted.

IT IS, ORDERED, that this action be remanded to the Circuit Court of Winston County, each party to bear his own costs.

SO ORDERED, this the 29th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

s/Jeffrey J. Hosford
*Attorney for Plaintiff,*
*Ollie Haynes*

s/Ronald L. Roberts
*Attorney for Defendant,*
*Dollar General*

1140551_1.doc